United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY E. WALKER,<br><br>        Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | No. C 11-03177 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

        On June 27, 2011, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk of the court sent a notice to Petitioner that a filing fee of $5.00 was now due or in the alternative, that Petitioner must file an In Forma Pauperis ("IFP") Application. (Docket No. 2.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed.

        Petitioner has since filed two IFP applications which are deficient for the following reasons: 1) the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized prison official; and 2) Petitioner failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket Nos. 4 & 5.)

Order Granting EOT to file IFP
03177Walker_eot-ifp.wpd

1  In the interest of justice, Petitioner is granted an extension of time to file the
2  missing documents to complete his IFP Application. Petitioner must file the missing
3  documents described above **no later than thirty (30) days** from the date this order
4  is filed. In the alternative, Petitioner may file the $5.00 filing fee in the same time
5  provided.

6  **FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE**
7  **WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS**
8  **ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

9  The Clerk shall enclose two blank copies of the Certificate of Funds in
10  Prisoner's Account with a copy of this order to Petitioner.

12  DATED: October 26, 2011     
           EDWARD J. DAVILA
13         United States District Judge

Order Granting EOT to file IFP
03177Walker_eot-ifp.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY E. WALKER,

        Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

Case Number: CV11-03177 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/26/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CSP Los Angeles County
P.O. Box 4670
Lancaster, CA 93539

Dated: 10/26/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk