1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11  JEFFERY E. WALKER,              )   No. C 11-05797 EJD (PR)
                                    )
12              Petitioner,         )   ORDER ADMINISTRATIVELY
                                    )   CLOSING CASE
13      vs.                         )
                                    )
14                                  )
    B. M. CASH,                     )
15                                  )
                Respondent.         )
16                                  )
    _____)
17

18          On December 1, 2011, Petitioner, a state prisoner proceeding pro se, filed a

19  copy of a petition for a writ of habeas corpus with the Supreme Court of California,

20  which the Clerk of the Court construed as an attempt to file a federal habeas action.

21  On the same day, the Clerk sent a notice to Petitioner that a filing fee of $5.00 was

22  now due or in the alternative, that Petitioner must file an In Forma Pauperis ("IFP")

23  Application.  (Docket No. 3.)

24          Petitioner currently has a habeas action pending in this Court, challenging his

25  state conviction, which was opened as Case No. 11-03177 EJD (PR) on June 27,

26  2011.  It appears that the state petition referred to above was intended to be filed in

27  the pending federal habeas action.  Accordingly, the Clerk of the Court shall file

28  Docket Nos. 1 and 2 from the instant action into Case No. 11-03177 EJD (PR), and

1    administratively close this file.

2            Petitioner is advised that all future documents pertinent to his federal habeas

3    petition must include the caption and civil case number for Case No. 11-03177 EJD

4    (PR).

5            The Clerk shall administratively close the file.

6

7    DATED: _____3/16/2012_____

8                                              _____
                                               EDWARD J. DAVILA
                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Administratively Closing Case
05797Walker_adm.close.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E WALKER,

                Petitioner,

  v.

B. M. Cash,

                Respondent.

_____/

Case Number: CV11-05797 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/19/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey E. Walker F-11343
CSP Los Angeles County
Inmate Mail/Parcels
P.O. BOX 4670
LOS ANGELES, CA 93539

Dated: _____3/19/20122_____

                                    Richard W. Wieking, Clerk
                    /s/ By: Elizabeth Garcia, Deputy Clerk