IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY E. WALKER, | No. C 11-03177 EJD (PR) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE ANSWER; DENYING PETITIONER'S MOTION TO EXPEDITE RELEASE |
| v. | |
| W. G. SULLIVAN, Warden, | |
| Respondents. | |
| | (Docket Nos. 30 & 31) |

Petitioner, a state prisoner proceeding pro se, filed a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 3, 2012, the Court found the amended complaint stated cognizable claims and ordered Respondent to show cause why the petition should not be granted. (See Docket No. 22.) Thereafter, Respondent filed a timely motion for an extension of time to file an answer no later than May 3, 2012, which was granted. (See Docket No. 29.) Before the Court is Respondent's motion for a second extension of time to file an answer. (Docket No. 31.) Good cause appearing, the motion is GRANTED. Respondent shall file an answer **no later than June 2, 2012**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the answer.

Petitioner's motion to expedite release for Respondent's alleged failure to respond to the Court's order to show cause, (Docket No. 30), is DENIED. Respondent's motions for

1 extensions of time to file an answer were timely filed and good cause was shown for the
2 extensions.

3       This order terminates Docket Nos. 30 and 31.

4 DATED:   5/3/2012                         _____
5                                                   EDWARD J. DAVILA
                                                  United States District Judge

**United States District Court**
For the Northern District of California

Order Granting EOT to file Ans; Denying Other Motion
03177Walker_eot-ans.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY E. WALKER,

    Petitioner,

v.

W. G. SULLIVAN, Warden,

    Respondent.
    /

Case Number: CV11-03177 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CSP Los Angeles County
P.O. Box 4670
Lancaster, CA 93539

Dated: 5/4/2012

    Richard W. Wieking, Clerk
    /s/By: Elizabeth Garcia, Deputy Clerk